IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. CUNNINGHAM, AS EXECUTOR OF THE ESTATE OF MARY C. REMICK, DECEASED<br><br>Plaintiff<br><br>v.<br><br>HCR MANORCARE, INC.; HCR HEALTHCARE, LLC; HCR II HEALTHCARE, LLC; HCR III HEALTHCARE, LLC; HCR MANOR CARE SERVICES, LLC; HCR MANORCARE, LLC; HEARTLAND EMPLOYMENT SERVICES, LLC; MANOR CARE, INC.; PROMEDICA HEALTH SYSTEM, INC.; ARDEN COURTS OF YARDLEY PA, LLC d/b/a ARDEN COURTS OF YARDLEY; AND ARDEN COURTS OF YARDLEY<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:25-cv-00021-CFK |

**DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendants, HCR ManorCare, Inc., HCR Healthcare, LLC, HCR II Healthcare, LLC, HCR III Healthcare, LLC, HCR Manor Care Services, LLC, HCR ManorCare, LLC, Heartland Employment Services, LLC, Manor Care, Inc., ProMedica Health System, Inc., Arden Courts of Yardley PA, LLC d/b/a Arden Courts of Yardley, and Arden Courts of Yardley, make the following disclosures pursuant to Federal Rule of Civil Procedure 7.1.

**Arden Courts of Yardley PA, LLC d/b/a Arden Courts of Yardley, and Arden Courts of Yardley**

Defendant Arden Courts of Yardley PA, LLC d/b/a Arden Courts of Yardley, identifies that its sole member is HCR III Healthcare, LLC. The sole member of HCR III Healthcare, LLC

is HCR II Healthcare, LLC. The sole member of HCR II Healthcare, LLC is HCR Healthcare, LLC. The sole member of HCR Healthcare, LLC is HCR ManorCare, Inc., an Ohio non-profit corporation (hereinafter, "HCRMCI Ohio"). The sole shareholder of HCRMCI Ohio is ProMedica Health System, Inc. ProMedica Health System, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

**ProMedica Health System, Inc.**

Defendant ProMedica Health System, Inc. identifies that it is an Ohio non-profit corporation. ProMedica Health System, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

**HCR ManorCare, Inc.**

The Defendant named as HCR ManorCare, Inc. (hereinafter, "HCRMCI Delaware"), previously existed as a Delaware corporation. However, that entity was merged out of existence, and ceased to exist, in July 2018. *See* (ECF 1, Notice of Removal ¶ 24.)

There is a currently existing entity named HCR ManorCare, Inc. ("HCRMCI Ohio"), which is an Ohio non-profit corporation. The sole shareholder of HCRMCI Ohio is ProMedica Health System, Inc. ProMedica Health System, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

**Manor Care, Inc.**

The Defendant named as Manor Care, Inc. previously existed as a Delaware corporation. However, the entity was merged out of existence, and ceased to exist, in July 2018. *See* (ECF 1, Notice of Removal ¶ 32.)

### HCR ManorCare, LLC

The Defendant named as HCR ManorCare, LLC previously existed as a Delaware Limited liability company. However, the entity was merged out of existence, and ceased to exist, in December 2011.  *See* (ECF 1, Notice of Removal ¶ 29.)

### HCR III Healthcare, LLC

Defendant HCR III Healthcare, LLC identifies that its sole member is HCR II Healthcare, LLC.  The sole member of HCR II Healthcare, LLC is HCR Healthcare, LLC.  The sole member of HCR Healthcare, LLC is HCRMCI Ohio, an Ohio non-profit corporation.  The sole shareholder of HCRMCI Ohio is ProMedica Health System, Inc., an Ohio non-profit corporation.  ProMedica Health System, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

### HCR II Healthcare, LLC

Defendant HCR II Healthcare, LLC identifies that its sole member is HCR Healthcare, LLC.  The sole member of HCR Healthcare, LLC is HCRMCI Ohio, an Ohio non-profit corporation.  The sole shareholder of HCRMCI Ohio is ProMedica Health System, Inc., an Ohio non-profit corporation.  ProMedica Health System, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

### HCR Healthcare, LLC

Defendant HCR Healthcare, LLC identifies that its sole member is HCRMCI Ohio, an Ohio non-profit corporation.  The sole shareholder of HCRMCI Ohio is ProMedica Health System, Inc., an Ohio non-profit corporation.  ProMedica Health System, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

**HCR Manor Care Services, LLC**

Defendant HCR Manor Care Services, LLC identifies that its sole member is HCR Healthcare, LLC. The sole member of HCR Healthcare, LLC is HCRMCI Ohio, an Ohio non-profit corporation. The sole shareholder of HCRMCI Ohio is ProMedica Health System, Inc., an Ohio non-profit corporation. ProMedica Health System, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

**Heartland Employment Services, LLC**

Defendant Heartland Employment Services, LLC (n/k/a ProMedica Employment Services, LLC) identifies that its sole member is HCR Healthcare, LLC. The sole member of HCR Healthcare, LLC is HCRMCI Ohio, an Ohio non-profit corporation. The sole shareholder of HCRMCI Ohio is ProMedica Health System, Inc., an Ohio non-profit corporation. ProMedica Health System, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

|  |  | Respectfully submitted, |
|---|---|---|
| Date: January 15, 2025 | By: | /s/ Joshua T. Calo |
|  |  | By: David L. Gordon, Esquire |
|  |  | Attorney Identification Number: 57959 |
|  |  | Michael W. Bootier, Esquire |
|  |  | Attorney Identification Number: 201639 |
|  |  | Joshua T. Calo, Esquire |
|  |  | Attorney Identification Number: 323343 |
|  |  | 50 S. 16th Street, Suite 3200 |
|  |  | Philadelphia, PA 19102 |
|  |  | david.gordon@bipc.com |
|  |  | michael.bootier@bipc.com |
|  |  | joshua.calo@bipc.com |
|  |  | *Attorneys for Defendants* |