IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL J. CUNNINGHAM, as** : | **CIVIL ACTION** |
| **Executor of the Estate of Mary C.** : | |
| **Remick, Deceased,** : | |
| *Plaintiff*, : | |
| : | |
| v. : | |
| : | |
| **ARDEN COURTS OF YARDLEY PA,** : | **No. 25-cv-0021** |
| **LLC d/b/a Arden Courts of Yardley,** : | |
| *Defendant*. : | |

# ORDER

**AND NOW**, this **30th** day of **September 2025**, upon review of the Petition to Approve Settlement and Distribution (ECF No. 28), it is hereby **ORDERED** that the Petition (ECF No. 28) is **GRANTED**. Accordingly, Plaintiff is authorized to enter into a settlement with Defendant in the gross sum of $137,500, which shall be distributed as set forth in Plaintiff's Petition. *See* ECF No. 28 at 1.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**